UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA

    - v. -

GENCEBAY GORUR,
    a/k/a "Turk,"
    a/k/a "G,"

             Defendant.

- - - - - - - - - - - - - - - - -x

**INFORMATION**

10 Cr. 466 (CM)

ORIGINAL

### COUNT ONE

The United States Attorney charges:

In or about September 2009, in the Southern District of New York, GENCEBAY GORUR, a/k/a "Turk," a/k/a "G," the defendant, having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, unlawfully, willfully, and knowingly, did possess in and affecting commerce a firearm, to wit, a .357 caliber Magnum revolver, which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).)

*Preet Bharara*
Preet Bharara
United States Attorney